UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:02-CR-218-1BO

| | | |
|---|---|---|
| United States Of America | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| Sean Terry | ) | |
| | ) | |

FILED
MAR 1 4 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

    On March 21, 2003, Sean Terry appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession With Intent to Distribute More Than 50 Grams of Crack Cocaine, 21 U.S.C. § 841(a)(1) and Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) was sentenced to the custody of the Bureau of Prisons for a term of 262 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Sean Terry was released from custody and the term of supervised release commenced on September 11, 2013.

    From evidence presented at the revocation hearing on March 8, 2016, the court finds as a fact that Sean Terry, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued and the defendant given credit for time served in federal custody.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of March, 2016.

                                            Terrence W. Boyle
                                            U.S. District Judge

SCANNED